**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER TO FILE REPORTER'S RECORD

Appellate case name:        In the Interest of M.M.M., M.L.B. aka M.B. and Z.T.B., Children

Appellate case number:      01-16-00998-CV

Trial court case number:     2016-00114J

Trial court:                 313th District Court of Harris County

On January 11, 2017, the court reporter, Rachel Gamez, filed an information sheet in this Court stating that the appellant had neither paid nor made arrangements to pay for the reporter's record, and was not appealing as indigent. However, a review of the clerk's record shows that the trial court had signed a "Temporary Order Following Adversary Hearing" finding appellant, P.L.B., to be indigent on January 21, 2016. Because there does not appear to be any subsequent order finding appellant to no longer be indigent, he is presumed to remain indigent on appeal. *See* TEX. FAM. CODE ANN. § 107.013(e) (West Supp. 2016) ("A parent who the court has determined is indigent for purposes of this section is presumed to remain indigent for the duration of the suit and any subsequent appeal unless the court, after reconsideration on the motion of the parent, the attorney ad litem for the parent, or the attorney representing the governmental entity, determines that the parent is no longer indigent due to a material and substantial change in the parent's financial circumstances.").

Accordingly, the court reporter, Rachel Gamez, or the substitute reporter, is **ORDERED** to prepare, certify, and file a reporter's record in this appeal, without advance payment of costs. *See* TEX. R. APP. P. 20.1(j)(3), 34.6(d). The reporter's record must be filed with the Clerk of the First Court of Appeals **within 10 days of the date of this Order**.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                         ☑ Acting individually    ☐ Acting for the Court
Date: April 4, 2017